**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -**

| | | |
|---|---|---|
| **ALBERT MASCORRO FLORES; CHRISTINA VARGAS; MARTHA RAMOS; JUAN V. CORTEZ, III; CHRISTINA CUEVAS; LETICIA ARREOLA; ARIANNA RODRIGUEZ; NEREYDA GARZA; and NANCY SILVA** | § § § § § § § § | **CIVIL ACTION NO. 1:23-cv-00054** |
| **v.** | § § § | **(JURY REQUESTED)** |
| **AMAZING GRACE PRIMARY HOME CARE, LLC; JUAN JOSE PIZANA; JAVIER CAVAZOS; MARIA CARMEN CAVAZOS; and MARIA LUISA MACIAS** | § § § § § § | |

## PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

Plaintiffs Albert Mascorro Flores, Christina Vargas, Martha Ramos, Juan V. Cortez, III, Christina Cuevas, Leticia Arreola, Arianna Rodriguez, Nereyda Garza and Nancy Silva ("Plaintiffs"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 55, hereby moves for entry of a default by the Clerk against Defendants Amazing Grace Primary Home Care, LLC, Juan Jose Pizana, Javier Cavazos, Maria Carmen Cavazos and Maria Luisa Macias ("Defendants"), and in support thereof states as follows:

1. On March 31, 2023, Plaintiffs filed their Complaint in this action.

2. On April 12, 2023, Defendant Maria C. Cavazos was served with a copy of the Summons and Complaint in this action. See Doc. 11.

---

3.     On April 12, 2023, Defendant Maria L. Macias was served with a copy of the Summons and Complaint in this action.  See Doc. 12.

4.     On April 17, 2023, Defendant Amazing Grace Primary Home Care, Inc. was served with a copy of the Summons and Complaint in this action by serving the registered agent.  See Doc. 10.

5.     On April 17, 2023, Defendant Javier C. Cavazos was served with a copy of the Summons and Complaint in this action. See Doc. 13.

6.     Three unsuccessful attempts were made to serve Defendant Juan Jose Pizana. Defendant Pizana is the son of Maria C. Cavazos.

7.     Defendants Maria C. Cavazos' and Maria L. Macias' response/answer to the Complaint was due on May 3, 2023.

8.     Defendants Amazing Grace Primary Home Care, inc. and Javier C. Cavazos' response/answer to the Complaint was due on May 8, 2023.

9.     As the docket in this action reveals, Defendants failed to file any Answer or otherwise respond to the Complaint as required by the Court.

10.     Attached to this Motion as Exhibit "A" is a proposed default for entry by the Clerk.

WHEREFORE, Plaintiffs respectfully request that the Clerk enter a default against Defendants Amazing Grace Primary Home Care, LLC, Javier Cavazos, Maria Carmen Cavazos and Maria Luisa Macias and for such other and further relief as the Court deems proper under the circumstances.

Respectfully submitted,

**RUIZ LAW FIRM, P.L.L.C.**
118 W. Pecan Blvd.
McAllen, Texas 78501
Telephone:   (956) 259-8200
Telecopier:   (956) 259-8203

_____*/s/ Mauro F. Ruiz*_____
Mauro F. Ruiz
State Bar No. 24007960
Federal ID. 23774
**eFile ONLY:** admin@mruizlaw.com
mruiz@mruizlaw.com

OF COUNSEL:
**RUIZ LAW FIRM, P.L.L.C.**
118 West Pecan Blvd.
McAllen, Texas 78501
Telephone:   (956) 259-8200
Telecopier:   (956) 259-8203

## CERTIFICATE OF SERVICE

I, Mauro F. Ruiz, hereby certify that on **May 26, 2023,** a true and correct copy was delivered to opposing counsel, to-wit:

Amazing Grace Primary Care, Inc.
c/o Javier C. Cavazos
220 E. Ocean Blvd.
Los Fresnos, Texas 78566
**Fax:  (866) 677-8911**
**office@amazinggracergv.com**

Javier C. Cavazos
220 E. Ocean Blvd.
Los Fresnos, Texas 78566
**Fax:  (866) 677-8911**
**office@amazinggracergv.com**

Juan Jose Pizana
2054 Baja Circle
Los Fresnos, Texas 78566
**Regular Mail and**
**CM 7017 1450 0001 8578 6314, RRR**

Maria C. Cavazos
2054 Baja Circle
Los Fresnos, Texas 78566
**Fax:  (866) 677-8911**
**office@amazinggracergv.com**

Mary L. Macias
32798 Limon Drive
Los Fresnos, Texas 78566
**Regular Mail and**
**CM 7017 1450 0001 8578 6321, RRR**

   */s/ Mauro R. Ruiz*
Mauro F. Ruiz