United States District Court
Southern District of Texas
**ENTERED**
September 14, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ALBERT MASCORRO FLORES, *et al.*, § § Plaintiffs, § § VS. § AMAZING GRACE PRIMARY HOME CARE, LLC, *et al.*, § § Defendants. § | CIVIL ACTION NO. 1:23-CV-00054 |

## **ORDER**

In July, Defendants Amazing Grace Primary Home Care, LLC, Javier Cavazos, and Maria Carmen Cavazos filed a motion to dismiss Plaintiffs' First Amended Complaint for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). (Motion to Dismiss, Doc. 25) Plaintiffs timely filed a Response (Doc. 31), as well as an opposed motion for leave to file a Second Amended Complaint "for the purpose of setting forth additional factual allegations that will demonstrate the existence of enterprise coverage and will thus warrant the denial of Defendants' motion to dismiss." (Motion for Leave, Doc. 30)

In order to facilitate the Court's expedited consideration of the pending motions, it is:

**ORDERED** that Defendants Amazing Grace Primary Home Care, LLC, Javier Cavazos, and Maria Carmen Cavazos shall file a response to Plaintiffs' Motion for Leave to File a Second Amended Complaint (Doc. 30) by no later than September 22, 2023; and

**ORDERED** that the deadline for Defendants Amazing Grace Primary Home Care, LLC, Javier Cavazos, and Maria Carmen Cavazos to file a reply in support of their Motion to Dismiss (Doc. 25) is extended to September 22, 2023. These Defendants may submit both of their filings in the same document.

It is also **ORDERED** that Plaintiffs may file a reply in support of their Motion for Leave to File a Second Amended Complaint (Doc. 30) by no later than September 29, 2023.

Signed on September 14, 2023.

                                                        _____
                                                        Fernando Rodriguez, Jr.
                                                        United States District Judge