United States District Court
Southern District of Texas
**ENTERED**
May 30, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ALBERT MASCORRO FLORES, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:23-CV-054 |
| | § | |
| AMAZING GRACE PRIMARY HOME CARE, | § | |
| LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## **FINAL JUDGMENT**

In accordance with the Court's Order and Opinion (Doc. 40), Final Judgment is entered in favor of Defendants Amazing Grace Primary Home Care, LLC, Javier Cavazos, and Maria Carmen Cavazos as to Plaintiff Albert Mascorro Flores's, *et al.*, causes of action based on the Fair Labor Standards Act.

Plaintiffs take nothing in their lawsuit against Amazing Grace Primary Home Care, LLC, Javier Cavazos, and Maria Carmen Cavazos.

Each party shall be responsible for its own attorney's fees and costs.

Signed on May 30, 2024.

*Fernando Rodriguez, Jr.*

Fernando Rodriguez, Jr.
United States District Judge